UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

| | |
|---|---|
| LAVETTA COOK,<br>　　　　Plaintiff,<br>　v.<br>CAPITAL ONE BANK (USA), N.A.,<br>　　　　Defendant.<br>_____/ | Case No. 2:18-cv-12990-AJT-MKM<br><br>Hon. Judge Arthur J. Tarnow<br>Mag. Judge Mona K. Majzoub |

## NOTICE OF SETTLEMENT

Plaintiff LAVETTA COOK notifies this Court that Plaintiff and Defendant CAPITAL ONE BANK (USA), N.A., have resolved all claims between them in this matter and are in the process of completing the final settlement documents and filing the appropriate dismissal pleadings. The parties request that the Court retain jurisdiction for sixty (60) days for any matters related to completing and/or enforcing the settlement and stay all remaining discovery deadlines.

Respectfully submitted the 11th day of January, 2019.

Dated: January 11, 2019

　　　　　　　　　　　　　　　　　　　*/s/ Alyson J. Dykes*
　　　　　　　　　　　　　　　　　　　Alyson J. Dykes
　　　　　　　　　　　　　　　　　　　Law Offices of Jeffrey Lohman, P.C.
　　　　　　　　　　　　　　　　　　　4740 Green River Road, Suite 310
　　　　　　　　　　　　　　　　　　　Corona, CA 92880
　　　　　　　　　　　　　　　　　　　T: (657)500-4317
　　　　　　　　　　　　　　　　　　　Alysond@jlohman.com
　　　　　　　　　　　　　　　　　　　CA SBN 319835

NOTICE OF SETTLEMENT

## CERTIFICATE OF SERVICE

I do hereby certify that on this the 11th day of January, 2019, I caused a copy of the foregoing NOTICE OF SETTLEMENT to be electronically filed with the Clerk of Court using the cm/ecf system, which will provide electronic notice of the filing to all interested parties.

    */s/ Alyson J. Dykes*
    Alyson J. Dykes
    Law Offices of Jeffrey Lohman, P.C.
    4740 Green River Road, Suite 310
    Corona, CA 92880
    T: (657)500-4317
    Alysond@jlohman.com
    CA SBN 319835